UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. BOVA, *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>　　　Defendant. | Case No. 15-cv-1074 (RCL) |

# ORDER AND JUDGMENT

In accordance with the memorandum opinion issued this date, it is hereby

**ORDERED** that final judgment is entered in favor of all plaintiffs and against all defendants; it is further

**ORDERED** that plaintiffs are awarded $70,500,000 in compensatory damages, $15,768,279 in economic damages, $262,450,000 in solatium damages, and $1,199,590,880 in punitive damages, for a total award of $1,548,309,159, to be distributed as follows:

| Claimant/Family | Pain and Suffering | Economic | Solatium | Punitive | Total Damages |
|---|---|---|---|---|---|
| Steven Bova | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Estate of Nicholas Baker | | $826,507 | | $2,843,184 | $3,669,691 |
| Richie Baker | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Cora Frye | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Gary Bergman | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Estate of William Bergman | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Mary Bergman | | | $850,000 | $2,924,000 | $3,774,000 |
| James E. Brown | $1,500,000 | $0 | | $5,160,000 | $6,660,000 |
| Jack Earn Brown | | | $500,000 | $1,720,000 | $2,220,000 |
| Albert R. Burton | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Margaret Burton | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Garland Burton | | | $850,000 | $2,924,000 | $3,774,000 |
| Katherine Burton | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Jimmy Cain | | $950,000 | | $3,268,000 | $4,218,000 |
| Katherine Cain | | | $8,000,000 | $27,520,000 | $35,520,000 |
| Doris McDowell | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Hugh J. Cain, Jr. | | | $5,000,000 | $17,200,000 | $22,200,000 |
| John Cain | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Candace Palmer | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Marc L. Cole | | $894,706 | | $3,077,789 | $3,972,495 |
| Jodie Cole | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Sandra Cole | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Joseph Cortner, II | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Alice Bunte | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Saundra Hillman | | | $500,000 | $1,720,000 | $2,220,000 |
| Paul J. Dwyer | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Helen Dwyer | | | $850,000 | $2,924,000 | $3,774,000 |
| Daniel Dwyer | | | $500,000 | $1,720,000 | $2,220,000 |
| Kathleen Robinson | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of William D. Elliot, Jr. | | $2,141,099 | | $7,365,381 | $9,506,480 |

| | | | | | |
|---|---|---|---|---|---|
| Anthony Elliot | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of William D. Elliot, Sr. | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Margaret S. Elliot | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Matthew C. Elliot Miller | | | $3,000,000 | $10,320,000 | $13,320,000 |
| Jonathan Paul Miller | | | $3,000,000 | $10,320,000 | $13,320,000 |
| William Daniel Elliot, III | | | $3,000,000 | $10,320,000 | $13,320,000 |
| Suzanne Elliot | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Joan Elliot Warfel | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Maureen Henry | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Mary Beth Seiber | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Margaret Beaver | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of James Ellis Faulk | | $950,000 | | $3,268,000 | $4,218,000 |
| Kathleen Faulk | | | $8,000,000 | $27,520,000 | $35,520,000 |
| Shawn Michael Faulk | | | $3,000,000 | $10,320,000 | $13,320,000 |
| Charles Frye | | | $650,000 | $2,236,000 | $2,886,000 |
| Donna Held | | | $8,000,000 | $27,520,000 | $35,520,000 |
| Gordon Hickman | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Antonio Hickman | | | $250,000 | $860,000 | $1,110,000 |
| James K. Hines | $3,000,000 | | | $10,320,000 | $13,320,000 |
| Eloise Hines | | | $1,500,000 | $5,160,000 | $6,660,000 |
| Malcolm Howell | $1,500,000 | $0 | | $5,160,000 | $6,660,000 |
| Michael Howell | | | $0 | $0 | $0 |
| Scott Innocenzi | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Paul Innocenzi, Jr. | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Gary K. Jones | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Kelly Gorman | | | $500,000 | $1,720,000 | $2,220,000 |
| Damon Jones | | | $500,000 | $1,720,000 | $2,220,000 |
| Tina James | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Edward E. Kimm | | $2,310,331 | | $7,947,539 | $10,257,870 |
| Anna Marie Kimm | | | $3,000,000 | $10,320,000 | $13,320,000 |
| June B. Griggs-Kimm | | | $3,000,000 | $10,320,000 | $13,320,000 |
| John L. Kinslow | $5,000,000 | $0 | | $17,200,000 | $22,200,000 |

| | | | | | |
|---|---|---|---|---|---|
| Anna Patricia Malec | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Jack R. Macdonald, III | $1,500,000 | $0 | | $5,160,000 | $6,660,000 |
| Michell Manley | | | $3,200,000 | $11,008,000 | $14,208,000 |
| Estate of Alice Manley | | | $2,000,000 | $6,880,000 | $8,880,000 |
| Estate of Ocie Shell | | | $2,000,000 | $6,880,000 | $8,880,000 |
| Estate of Cynthia Manley | | | $0 | $0 | $0 |
| Estate of Mabelean Raymond | | | $0 | $0 | $0 |
| Estate of Joseph Mattachione | | $2,060,623 | | $7,088,543 | $9,149,166 |
| Anthony Mattacchione | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Laurence Mattacchione | | | $0 | $0 | $0 |
| Janet Margaret Rousseau Childress | | | $6,000,000 | $20,640,000 | $26,640,000 |
| Anne Marie Mattacchione-Chesser | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Nicholas Mattacchione | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Vincent Mattacchione | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Timothy McNeely | | $1,057,942 | | $3,639,320 | $4,697,262 |
| Estate of David S. McNeely, Jr. | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Dorothy E. McNeely | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Vicki C. McNeely Brawley | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Joe Goodnight, Jr. | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Harry A. Mincer | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Ellen Cron | | | $850,000 | $2,924,000 | $3,774,000 |
| Fay Cron | | | $500,000 | $1,720,000 | $2,220,000 |
| Howard R. Nash | | | $250,000 | $860,000 | $1,110,000 |
| Alan Opra | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Shelia Leslie | | | $0 | $0 | $0 |
| Drucilla Palmer Schrewsbury | | | $1,250,000 | $4,300,000 | $5,550,000 |

| | | | | | |
|---|---|---|---|---|---|
| Adrian Samuel Mackowski Riega | $2,000,000 | | | $6,880,000 | $8,880,000 |
| Ariadna Falco | | | $650,000 | $2,236,000 | $2,886,000 |
| Phillip Ritter | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Craig Ritter | | | $500,000 | $1,720,000 | $2,220,000 |
| Kevin Ritter | | | $500,000 | $1,720,000 | $2,220,000 |
| Gregory Rosenberg | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Meredyth Rosenberg | | | $500,000 | $1,720,000 | $2,220,000 |
| Cassie Lemire Santos | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Karen Schneider Theonnes | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of Creighton Schneider | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Lisbeth Susan Mullen | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Daniel Turner | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Garry D. Vasser | $1,500,000 | $1,678,910 | | $10,935,450 | $14,114,360 |
| Joseph L. Vincent | $2,000,000 | | | $6,880,000 | $8,880,000 |
| Edna Vincent-Cason | | | $1,000,000 | $3,440,000 | $4,440,000 |
| Estate of Gary Wigglesworth | | | $0 | $0 | $0 |
| Mark Wolcott | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Mary C. Wolcott | | | $850,000 | $2,924,000 | $3,774,000 |
| Joseph E. Wolcott, Sr. | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Matthew David Wolcott | | | $500,000 | $1,720,000 | $2,220,000 |
| Brian Jay Wolcott | | | $500,000 | $1,720,000 | $2,220,000 |
| Joseph E. Wolcott, Jr. | | | $500,000 | $1,720,000 | $2,220,000 |
| Becky Wolcott | | | $500,000 | $1,720,000 | $2,220,000 |
| Wendy Gowan | | | $1,000,000 | $3,440,000 | $4,440,000 |
| Stacy L. Wolcott | | | $0 | $0 | $0 |
| Mark A. Cook | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Linda Resinger | | | $850,000 | $2,924,000 | $3,774,000 |
| Tracy L. Cook | | | $500,000 | $1,720,000 | $2,220,000 |
| Cheryl Fellows | | | $500,000 | $1,720,000 | $2,220,000 |
| Kevin Cook | | | $500,000 | $1,720,000 | $2,220,000 |
| Betty Simmons | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of William Simmons | | | $2,500,000 | $8,600,000 | $11,100,000 |

| | | | | | |
|---|---|---|---|---|---|
| Allen Brown | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Estate of Emma V. Gowen | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Carroll Brown | | | $850,000 | $2,924,000 | $3,774,000 |
| Linda Eitel | | | $500,000 | $1,720,000 | $2,220,000 |
| Margaret Severio | | | $500,000 | $1,720,000 | $2,220,000 |
| Jessie Brown | | | $500,000 | $1,720,000 | $2,220,000 |
| Leonard Hamilton | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Rosa Dobbs | | | $500,000 | $1,720,000 | $2,220,000 |
| Gilbert Horne | $2,000,000 | | | $6,880,000 | $8,880,000 |
| Nannie Brooks | | | $1,000,000 | $3,440,000 | $4,440,000 |
| Patricia Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Michael Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Tracy Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Charles Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Edgar Horne, Jr. | | | $650,000 | $2,236,000 | $2,886,000 |
| Sabrina Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Shirley Horne | | | $650,000 | $2,236,000 | $2,886,000 |
| Leslie Kameck | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Linda Kameck | | | $1,000,000 | $3,440,000 | $4,440,000 |
| Jeremy Kameck | | | $750,000 | $2,580,000 | $3,330,000 |
| Willie Riddle | $2,000,000 | | | $6,880,000 | $8,880,000 |
| Melinda Riddle | | | $1,600,000 | $5,504,000 | $7,104,000 |
| Steven Riddle | | | $600,000 | $2,064,000 | $2,664,000 |
| Brian Riddle | | | $600,000 | $2,064,000 | $2,664,000 |
| John Wellman | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Deborah Meurer | | | $8,000,000 | $27,520,000 | $35,520,000 |
| Estate of Juan Miguel Comas | | $950,000 | | $3,268,000 | $4,218,000 |
| Juan Antonio Comas | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Rodney Rhodan | $1,500,000 | $0 | | $5,160,000 | $6,660,000 |
| Estate of Valerie Rhodan | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Clarence Rhodan | | | $850,000 | $2,924,000 | $3,774,000 |
| Kevin Rhodan | | | $500,000 | $1,720,000 | $2,220,000 |
| Vernon Rhodan | | | $500,000 | $1,720,000 | $2,220,000 |
| Jonathan Rhodan | | | $500,000 | $1,720,000 | $2,220,000 |
| Tommy Laster | $5,000,000 | | | $17,200,000 | $22,200,000 |

| | | | | | |
|---|---|---|---|---|---|
| Carolyn Mumphery | | | $4,000,000 | $13,760,000 | $17,760,000 |
| Nathaniel Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Eloise Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Otis Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of Carl Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Woodrow Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| John Laster | | | $1,250,000 | $4,300,000 | $5,550,000 |
| Philip Amrhein | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Trudy Bacino | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Jane Chipura | | | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Anthony Chipura | | | $850,000 | $2,924,000 | $3,774,000 |
| Jeff Dadich | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Jean Dadich | | | $850,000 | $2,924,000 | $3,774,000 |
| Robert Dadich | | | $850,000 | $2,924,000 | $3,774,000 |
| Danielle Kroh | | | $500,000 | $1,720,000 | $2,220,000 |
| Tracey Perkins | | | $500,000 | $1,720,000 | $2,220,000 |
| Charles A. West | | | $500,000 | $1,720,000 | $2,220,000 |
| Jeremiah West | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of John Worley | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Mario I. Vasquez | | | $850,000 | $2,924,000 | $3,774,000 |
| Adela Vasquez | | | $0 | $0 | $0 |
| Sara Vasquez | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Richard A. Morrow | | $1,948,161 | | $6,701,674 | $8,649,835 |
| Karen Contrillo | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Patricia Ulakovich | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Deborah Lockner | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Colleen Odenthal | | | $2,500,000 | $8,600,000 | $11,100,000 |
| Marcy Hunt Duff | | | $1,500,000 | $5,160,000 | $6,660,000 |
| Richard David Grubbs | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Mark Vaughn | | | $500,000 | $1,720,000 | $2,220,000 |
| Bret Grubs | | | $500,000 | $1,720,000 | $2,220,000 |
| Michael Zawacki | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Veronica Zawacki | | | $850,000 | $2,924,000 | $3,774,000 |
| Traci Zawacki-MacCauley | | | $500,000 | $1,720,000 | $2,220,000 |

| | | | | | |
|---|---|---|---|---|---|
| Stanley Zawacki, Jr. | | | $500,000 | $1,720,000 | $2,220,000 |
| Teresa Zawacki-Chapman | | | $500,000 | $1,720,000 | $2,220,000 |
| Anthony Franks | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Fannie Louise Franks | | | $850,000 | $2,924,000 | $3,774,000 |
| Marilyn Frazier | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Sharon Thorne | | | $500,000 | $1,720,000 | $2,220,000 |
| Tina Cadle | | | $500,000 | $1,720,000 | $2,220,000 |
| Richard Frank | | | $500,000 | $1,720,000 | $2,220,000 |
| Rodney Cliff | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Rhonda Little | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Eugene Cliff | | | $850,000 | $2,924,000 | $3,774,000 |
| Randy Cliff | | | $500,000 | $1,720,000 | $2,220,000 |
| Ricky Cliff | | | $500,000 | $1,720,000 | $2,220,000 |
| Ranaee Crozier | | | $500,000 | $1,720,000 | $2,220,000 |
| Roxanne Cliff | | | $500,000 | $1,720,000 | $2,220,000 |
| David Lawson | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Shirley Lenartowicz | | | $850,000 | $2,924,000 | $3,774,000 |
| Phyllis Mozitis | | | $500,000 | $1,720,000 | $2,220,000 |
| Joan Muffler | | | $5,000,000 | $17,200,000 | $22,200,000 |
| Mark Williams | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Doris Allinger | | | $850,000 | $2,924,000 | $3,774,000 |
| Donna Williams | | | $500,000 | $1,720,000 | $2,220,000 |
| Richard Everhart | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Marie Everhart | | | $850,000 | $2,924,000 | $3,774,000 |
| Christine Chinaris | | | $500,000 | $1,720,000 | $2,220,000 |
| Cynthia Bacon | | | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Edward F. Simmons | | | $0 | $0 | $0 |
| William Harrison | $1,500,000 | | | $5,160,000 | $6,660,000 |
| Emilie Harrison | | | $850,000 | $2,924,000 | $3,774,000 |
| TOTAL DAMAGES | $70,500,000 | $15,768,279 | $262,450,000 | $1,199,590,880 | $1,548,309,159 |

It is further **ORDERED** that defendants shall be liable for the entire $1,548,309,159; it is furthermore

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this order and judgment, and the memorandum opinion issued this date, to defendants.

This is a final, appealable order.

It is **SO ORDERED**.

SIGNED this 31st day of May, 2020.

/s/ Royce Lamberth
Royce C. Lamberth
United States District Judge